John B. SHANNON, Movant, v. Paul Linville MANNING, By His Next Friend, C. W. Phillips, Opposed.

John B. SHANNON, Movant, v. Nellie Jon MANNING, By Her Next Friend, C. W. Phillips, Opposed.

Court of Appeals of Kentucky.

Dec. 5, 1939.

B. J. Bethurum and Robert B. Bird for movant.

Williams & Denney, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

COMMONWEALTH OF KENTUCKY, for Use and Benefit of Era Dell Jordan SPEARS (now Era Dell Jordan Spears), Movant, v. G. W. WEAVER et al., Opposed.

Court of Appeals of Kentucky.

Jan. 9, 1940.

H. W. Vincent for the Commonwealth.

W. D. Gilliam, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.